In re T.L.K.

Lena KLINE, Natural Mother, Plaintiff-Appellant,

v.

Rosalee A. MAIER, Juvenile Officer, Defendant-Respondent.

No. WD 33129.

Missouri Court of Appeals, Western District.

Jan. 11, 1983.

Thomas M. Dunlap of Whitlow, Riley, Mariea & Dunlap, P.C., Fulton, for plaintiff-appellant.

Gwendolyn S. Froeschner of Petri, Shurtleff & Froeschner, Columbia, for defendant-respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

## ORDER

PER CURIAM:

Appeal from order judgment declaring a minor a ward of the court pursuant to § 211.031, RSMo 1978.

Judgment affirmed. Rule 84.16(b).